Austin . GREEN v. STATE. (No. 8468.) (Court of Criminal Appeals of Texas. May 28, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for false imprisonment; punishment, two years in the penitentiary. In the absence from the record of statement of facts and bills of exception, no matter is presented for review, and the judgment is ordered affirmed.

---

Clarance HURST v. STATE. (No. 8567.) (Court of Criminal Appeals of Texas. May 7, 1924. Rehearing Denied June 11, 1924.) Appeal from District Court Hunt County; Geo. B. Hall, Judge. T. J. Ramey, of Sulphur Springs, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the transportation of intoxicating liquor with an assessed punishment of one year in the penitentiary. Appellant entered a plea of guilty. The evidence introduced by the state under such plea supports the verdict. No bill of exceptions whatever appears in the record. The judgment is affirmed.

---

William HUTTO v. STATE. (No. 8826.) (Court of Criminal Appeals of Texas. June 18, 1924.) Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

·MORROW, P. J. The offense is rape; punishment fixed at confinement in the penitentiary for a period of 15 years. Upon the verified request of the appellant, the appeal is dismissed.

---

J. M. McCABE v. STATE. (No. 8529.) (Court of Criminal Appeals of Texas. May 21, 1924. Rehearing Denied June 25, 1924.) Appeal from District Court, Johnson County;

Irwin T. Ward, Judge. Rehearing filed by appellant in person. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the transportation of intoxicating liquor with punishment assessed at one year in the penitentiary. The record discloses that appellant entered a plea of guilty. Neither bills of exception nor statement of facts are brought up in the record, and in such condition no question is presented for review. The judgment is affirmed.

---

J. F. MORRIS v. STATE. (No. 8475.) (Court of Criminal Appeals of Texas. June 4, 1924.) Appeal from Fannin County Court; Sam E. Neilson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for unlawfully carrying a. pistol, with the punishment assessed at a fine of $100. The record contains neither bills of exception nor statement of facts, and in this condition nothing is presented for review at the hands of this court. The judgment is affirmed.

---

Eusebio ORTEZ v. STATE. (No. 8451.) (Court of Criminal Appeals of Texas. May 28, 1924. Rehearing Denied June 27, 1924.) Appeal from District Court, San Patricio County; T. M Cox, Judge. M. C. Nelson, of Corpus Christi, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The state's testimony, if believed, is sufficient to show that the appellant committed the offense charged. No bills of exception are found, bringing forward for review any rulings of the trial court. The motion for new trial raises no questions which can be reviewed, save the sufficiency of the evidence. The indictment seems regular. We discern nothing in the record requiring or justifying a reversal of the judgment. An affirmance is ordered.

---

Eugene POWELL v. STATE. (No. 8719.) (Court of Criminal Appeals of Texas. May 21, 1924. Rehearing Denied June 25, 1924.) Appeal from District Court, Denton County; C. R. Pearman, Judge Baskett & De Lee, of Dallas, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Denton county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The record is before us without any statement of facts. The indictment is in regular form, and the charge of the court presents the law applicable to the offense, and we find no merit in the exceptions taken to the court's charge. We are unable to appraise the weight of any of them, in the absence of a statement of facts. An affirmance is ordered.